

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00756-CR

Teanna Danielle **SAN NICOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270C
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On January 8, 2020, appellant filed a motion to recalculate the due date for filing appellant's brief, stating the reporter's record on file in this court was not yet complete. On February 20, 2020, the final outstanding volumes of the reporter's record were filed in this court. Accordingly, appellant's motion is DENIED AS MOOT. Appellant's brief is due no later than March 23, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court